**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**CHARLIE MACK**                                                                                  **PLAINTIFF**

**V.**                                                                    **NO. 4:18-CV-42-DMB-JMV**

**MERITOR, INC., et al.**                                                         **DEFENDANTS**

## ORDER

On August 5, 2019, Charlie Mack and Textron, Inc. filed a "Joint Motion for Dismissal with Prejudice." Doc. #88. The motion requests that "all causes of action contained therein or which could have been contained therein be dismissed with prejudice, solely as to [Textron], with the … Plaintiff and [Textron] to bear their own costs, expenses, and attorneys' fees." *Id.* at 1. Earlier, however, on July 17, 2019, Mack and Textron, with the other parties' consent, stipulated to the dismissal with prejudice of Textron. Doc. #85. Accordingly, the motion to dismiss [88] is **DENIED as moot**.

**SO ORDERED**, this 8th day of November, 2019.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**